UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>1.) Elvin SANCHEZ-Diaz,<br>2.) Julio GARCIA-Garcia<br><br>　　　　　　Defendant(s) | Magistrate Case No. '08 MJ 2610<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal Aliens<br><br>Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii)<br>Bringing in Illegal Aliens Without Presentation |

The undersigned complainant, being duly sworn, states:

### COUNT ONE

On or about **August 22, 2008**, within the Southern District of California, defendant **Elvin SANCHEZ-Diaz** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Ricardo BALTAZAR-Gutierrez, Jose Luis VASQUEZ-Garcia, and Martin HERRERA-Gomez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

### COUNT TWO

On or about **August 22, 2008**, within the Southern District of California, defendants **Elvin SANCHEZ-Diaz and Julio GARCIA-Garcia**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Ricardo BALTAZAR-Gutierrez, Jose Luis VASQUEZ-Garcia, and Martin HERRERA-Gomez,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **AUGUST, 2008**

_____
William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

8/22/08

CONTINUATION OF COMPLAINT:
Elvin SANCHEZ-Diaz
Julio GARCIA-Garcia

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Ricardo BALTAZAR-Gutierrez, Jose Luis VASQUEZ-Garcia,** and **Martin HERRERA-Gomez,** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 22, 2008, Border Patrol Agents L. Gutierrez and E. Penagos were performing their assigned duties in the Brown Field Station area of operations near the State Route 94 Immigration Checkpoint. This rural area around the SR 94 Checkpoint is notoriously used by alien smuggling organizations to load up undocumented aliens that have circumvented the immigration checkpoint in order to avoid inspection and apprehension. Agents Gutierrez and Penagos were working in plain clothes and utilizing unmarked DHS vehicles.

At approximately 8:45 a.m., Agents Gutierrez and Penagos observed a single driver in a red Dodge truck with a red camper shell pass their location at the intersection of Lyons Valley Road and Japatul Valley Road in Jamul, California. Agents Gutierrez and Penagos had been informed that a red Dodge truck had been loading illegal aliens in the area and therefore decided to initiate surveillance of the vehicles as they traveled west on Lyons Valley Road and notify other agents of their suspicions via Service radio.

After establishing that other agents would cover the vehicles anticipated route of travel, Agent Gutierrez parked his vehicle in case the vehicle turned back and exited using the same route. Approximately five minutes later, the red Dodge passed his location heading east towards Lyons Valley Road and Japatul Valley Road. Agent Gutierrez observed the Dodge as it made a right turn into an unnamed road that leads to the Japatul Fire Department Station. Knowing there was only one way in and out of the area, Agent Gutierrez decided to wait just east of the road in anticipation of the vehicle's re-emergence. After approximately ten minutes, Agent Gutierrez decided to check on the vehicle to see if it had been abandoned.

As Agent Gutierrez headed towards the area the Dodge had last been observed, he once again crossed paths with the Dodge as it was heading east on Lyons Valley Road. Agent Gutierrez observed that an additional person was now visible on the passenger side of the Dodge and that the Dodge appeared heavily laden and was driving more slowly and appeared to have trouble maneuvering the curves on Lyons Valley Road. Agent Gutierrez followed the vehicle as it headed towards Interstate 8 and requested marked units to respond once the vehicle began heading west on I-8. Agent Gutierrez temporarily lost sight of the Dodge on I-8.

Agents J. Rambo and C. Evangelou responded to the request, and upon overtaking the Dodge, activated their fully functioning emergency lights and siren in a Service marked unit in order to attempt a vehicle stop near the Greenfield Drive exit in El Cajon, California on I-8. The Dodge failed to yield and instead continued westbound until exiting on the 2nd Street exit. On the off ramp, several individuals, including the driver, later identified as the defendant **Elvin SANCHEZ-Diaz,** jumped out of the vehicle in an attempt to abscond. The driver was immediately apprehended and was positively identified by Agent Gutierrez as the driver of the vehicle. The unidentified passenger eluded agents and was never apprehended.

Border Patrol Agents Gutierrez, Penagos, Rambo, Evangelou, M. Leal, and W. Villalobos approached the Dodge and observed several individuals, including the defendant, **Julio GARCIA-Garcia,** in the bed of the truck piled on top of one another. The Agents ordered the individuals out of the Dodge, and after adding the

CONTINUATION OF COMPLAINT:
Elvin SANCHEZ-Diaz
Julio GARCIA-Garcia

other apprehended individuals to the group, they identified themselves as Border Patrol Agents and questioned the individuals as to their citizenship, nationality, and immigration status. All thirteen individuals, including **SANCHEZ** and **GARCIA**, admitted to having entered the United States without inspection, and that they are citizens and nationals of Mexico. They also stated that they were not in possession of immigration documents that would allow them to enter or remain in the United States legally. At approximately 9:30 a.m., the Agents arrested all thirteen individuals, including **SANCHEZ** and **GARCIA**, and they were transported to the Chula Vista Border Patrol Station for processing.

### DEFENDANT STATEMENT (Elvin SANCHEZ-Diaz):

The defendant was advised of his Miranda Rights and indicated that he understood his rights and did not ask for an attorney before providing the Agents with a statement. The defendant stated that he is a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.

Relating to the smuggling event, **SANCHEZ** stated that a man named "Mario" hired him to transport illegal aliens and was uncertain of how much he was going to be paid. **SANCHEZ** stated that three days ago, a man in a black BMW picked him up and showed him the route he would need to take to pick up the group of illegal aliens. **SANCHEZ** stated that this morning, he was driven to the Viejas Casino in Alpine, California, where a red Dodge Ram was parked. **SANCHEZ** stated that he drove the Dodge on the route he was shown three days prior. **SANCHEZ** stated that on mile marker 17 of Lyons Valley Road, a group of aliens got into the Dodge and he was instructed to drive to I-8 and meet up with another vehicle at the Harbison Canyon exit, where some of the aliens got out of the vehicle and got into what appeared to be a beige Suburban. Once **SANCEZ** got back onto I-8, he stated that he noticed a Border Patrol vehicle behind him attempting to pull him over. **SANCHEZ** admitted that the front seat passenger told him to keep going. **SANCHEZ** admitted to being the driver of the Dodge and stated that he knew that the group of individuals he picked up are illegal aliens. **SANCHEZ** stated that he agreed to pick up the aliens so that he would not have to pay his own fee for being smuggled into the United States illegally in February, 2008.

### DEFENDANT STATEMENT (Julio GARCIA-Garcia):

The defendant was advised of his Miranda Rights and indicated that he understood his rights and did not ask for an attorney before providing the Agents with a statement. The defendant stated that he is a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.

Relating to the smuggling event, **GARCIA** stated that he was to be paid $500.00 USD to help another foot-guide bring the initial group of 22 illegal aliens into the United States and that his job was to keep the group together as the foot-guide led the way from the border to the load-up location. **GARCIA** stated that when they arrived to the load-up location, a red truck with a camper shell arrived to pick them up. **GARCIA** stated that all of the aliens got into the truck and the foot-guide got into the front passenger seat. **GARCIA** stated that they traveled for a while until they stopped at another location where another truck was waiting for them. **GARCIA** stated that a few of the smuggled aliens and the foot-guide exited the truck and got into the other one. **GARCIA** stated that when the front passenger seat was available, he moved to that seat and both vehicles exited the area. **GARCIA** stated that they got back onto the highway and traveled for a short time until he heard a siren and saw a Border Patrol truck behind them. **GARCIA** stated that the driver tried to get away, but eventually pulled over. **GARCIA** stated that when the vehicle finally stopped, someone jumped out and ran away, but everyone else was immediately apprehended. **GARCIA** was shown 13 individually numbered color Polaroid photographs of all individuals apprehended in this event. **GARCIA**

CONTINUATION OF COMPLAINT:
Elvin SANCHEZ-Diaz
Julio GARCIA-Garcia

positively identified photograph #8 as the driver of the red truck used in this smuggling event. Photograph #8 depicts Elvin SANCHEZ-Diaz.

## MATERIAL WITNESSES STATEMENTS:

Material Witnesses **Ricardo BALTAZAR-Gutierrez, Jose Luis VASQUEZ-Garcia,** and **Martin HERRERA-Gomez**, stated that they are citizens and nationals of Mexico illegally present in the United States. They stated that they did not have any immigration documents allowing them to be in the United States legally. They stated that arrangements had been made in Mexico to be smuggled into the United States. All the material witnesses stated that they were to pay between $1,000.00 to $1,700.00 U.S. dollars to be smuggled to various parts of California and an unknown destination. When shown a photographic lineup containing 13 individuals, Material Witness BALTAZAR was able to identify defendant SANCHEZ as the driver. Material Witnesses VASQUEZ and HERRERA were unable to identify either defendant.

Executed on August 23, 2008, at 9:00 a.m.

Ilsa M. Struve
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 4 page(s), I find probable cause to believe that the defendants named in this probable cause statement committed the offense on August 22, 2008, in violation of Title 8, United States Code, Section 1324.

Peter C. Lewis
United States Magistrate Judge

8/23/08 @ 10:30 a.m.
Date/Time