1  **VICTOR N PIPPINS**
   California Bar No. 251953
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:    (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:        Victor_Pippins@fd.org

6  Attorneys for Defendant

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ2610-02 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JULIO GARCIA-GARCIA, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor N. Pippins and Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                        Respectfully submitted,

Dated: August 29, 2008                  */s/ VICTOR N. PIPPINS*
                                        VICTOR N. PIPPINS
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        Victor_Pippins@fd.org

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: August 29, 2008     /s/ *VICTOR N. PIPPINS*
VICTOR N. PIPPINS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)